**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: James Thomas McCooe,<br>    aka James McCooe,<br>    aka James T. McCooe<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-15738 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2004-RS9 and index same on the master mailing list.

                                    Respectfully submitted,

                                  **/s/ Matteo S. Weiner , Esquire**
                                  Matteo S. Weiner, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322 FAX (215) 627-7734