United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15738-ref
James Thomas McCooe                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Dec 11, 2017
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
13978213        +THE BNYM TRUST Company N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Bethlehem jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
        JAMES RANDOLPH WOOD    on behalf of Creditor   Bethlehem Area School District    jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon Trust Company, National Association bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Specialized Loan Servicing LLC    bkgroup@kmllawgroup.com
        THOMAS L. LIGHTNER    on behalf of Debtor James Thomas McCooe tlightner@lightnerlaw.com,    sbennett@lightnerlaw.com;r50447@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                  TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15738-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

James Thomas McCooe
3616 Magnolia Drive
Easton PA 18045

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/08/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: THE BNYM TRUST Company N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/13/17

Tim McGrath
**CLERK OF THE COURT**