**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

## EASTERN District Of PENNSYLVANIA

In re: JAMES THOMAS MCCOOE                               Case No. 17-15738

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X | Specialized Loan Servicing LLC as servicing agent for NRZ Pass-Through Trust X |

Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): 2-1
should be sent:                                         Amount of Claim: $472,877.48
Shellpoint Mortgage Servicing                           Date Claim Filed: 09/05/2017
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 4209                        Phone: (800) 315-4757
                                                        Last Four Digits of Acct. #: 0448

Name and Address where transferee payments
should be sent (if different from above):
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: Shellpoint Mortgage Servicing
Last Four Digits of Acct #: 4209

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dipika Parmar
       AIS Portfolio Services, LP as agent                Date 03/27/2018
              Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.