**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                                Case No. 17-15738-ref
                                                                              Chapter 13
JAMES THOMAS MCCOOE
aka James McCooe
aka James McCooe

Debtor(s).

## NOTICE OF APPEARANCE

**U.S. Bank National Association**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 9th day of April, 2018.

By:   */s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esq., Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1   Full title of Creditor is as follows: U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X.
2   This Loan is currently serviced by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.
3   For reference, the property address associated with the undersigned's representation is 3616 Magnolia Drive, Easton, PA 18045.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 9th day of April, 2018, to the following:

Thomas L Lightner
Lightner Law Offices, P.C.
4652 Hamilton Blvd.
Allentown, PA 18103
tlightner@lightnerlaw.com
*Attorney for Debtor(s)*

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

James Thomas McCooe
aka James McCooe aka James McCooe
3616 Magnolia Drive
Easton, PA 18045
*Debtor(s)*

Dated this 9th day of April, 2018.

                                                By:   */s/ Christopher M. McMonagle, Esquire*
                                                        Christopher M. McMonagle, Esq., Bar No: 316043
                                                        Stern & Eisenberg, PC
                                                        1581 Main Street, Suite 200,
                                                        Warrington, PA 18976
                                                        Phone: (215) 572-8111
                                                        Fax: (215) 572-5025
                                                        cmcmonagle@sterneisenberg.com
                                                        Attorney for Creditor