# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JAMES THOMAS MCCOOE    :    CHAPTER 13
:
**Debtor**    :    No. 17-15738-ref

## CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE AMENDED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW, this 10th day of April, 2018, Thomas L. Lighter, Esquire, Attorney for Debtor in the above-captioned bankruptcy proceeding, certifies as follows:

1. On February 28, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for the Debtor.

2. Notice was served on the Office of the Standing Chapter 13 Trustee and the U.S. Trustee and all parties in interest as previously certified on February 28, 2018.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

**WHEREFORE,** Thomas L. Lightner, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which is attached hereto.

Date:  April 10, 2018        LIGHTNER LAW OFFICES, PC

            BY:    /s/Thomas L. Lightner
                THOMAS L. LIGHTNER, ESQUIRE
                Counsel for Debtor
                #65841
                4652 Hamilton Blvd.
                Allentown, PA  18103
                (610) 530-9300 – phone
                (610) 530-9310 – fax