United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Thomas McCooe  
    Debtor

Case No. 17-15738-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Sep 25, 2018  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14051399    +E-mail/Text: bncmail@w-legal.com Sep 26 2018 02:45:16    COMENITY CAPITAL BANK,  
    C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132  
    TOTAL: 1

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
    CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
    JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com  
    JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Bethlehem jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association bkgroup@kmllawgroup.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
    ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com  
    THOMAS L. LIGHTNER    on behalf of Debtor James Thomas McCooe tlightner@lightnerlaw.com,    sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
    TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15738-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

James Thomas McCooe
3616 Magnolia Drive
Easton PA 18045

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/24/2018.

Name and Address of Alleged Transferor(s):

Claim No. 9: COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/27/18

Tim McGrath
**CLERK OF THE COURT**