United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   JAMES THOMAS MC COOE        : Case No.: 17-15738REF

:

James Thomas Mc Cooe        : CERTIFICATION OF BUSINESS DEBTOR
                              REGARDING MONTHLY EPORT

I, _James Thomas McCooe_, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _January, 2018_.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

_1/31/18_                                   _James McCooe_
                                                                              Debtor

Date: _____

                                                                              Debtor

IN THE MATTER OF:        Case No. 17-15738-ref

James Thomas McCooe        PETITION FILED: 8-25-17

                           MONTHLY REPORT NO. 5

DEBTOR IN POSSESSION       MONTH ENDED 1/31/18

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)   200.00

2. Receipts during Report Period:

   a. Salary and Commissions                    0.00

   b. Interest or Dividend Income               0.00

   c. Real Estate Rental                        0.00

   d. Other (Describe-Schedule A)           9,079.91
      Gross Sales (W)
      Disability (W)                        1,776.00
      TOTAL RECEIPTS                       10,855.91

3. Disbursements:

   a. Taxes – IRS                               0.00

   b. Taxes-State, including any
      sales tax due                             0.00

   c. Taxes- Real Estate                        0.00

   d. Taxes- Other                              0.00

   e. Utilities                               920.00

   f. Mortgage(s) or Rent(s)                2,729.00
                                               95.29 - liability
   g. Insurance premiums (list type)          223.18 - auto

   h. Food                                  1,000.00

   i. Medical                                 150.00

   j. Car loan                                424.00

   k. Automobile expenses                    250.00

CASE NO. 17-15738-ref          MONTH ENDING 1/31/18

    l. Clothing          150.00

    m. Gifts – donations (Schedule B)     107.50

    n. Tuitions (Schedule B)          0.00

    o. Other (Describe) Goods/merchandise   2,140.30
    Supplies & Postage     183.82
    Payroll:          1,785.49

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [(1-2) – 3]     597.33

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.     Yes.

6. Is all insurance paid up-to-date?     Yes.

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)     N/A

    BRANCH

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:     N/A

    BRANCH:

SCHEDULE A

(2)(d) Other:     Gross business Sales
                  Wife's disability.

SCHEDULE B

Gifts – donations/Name(s) of recipient(s):     Charitable Contributions

Tuition(s) list name and school(s):

CASE NO. **17-15738-ref**                                    MONTH ENDING **1/31/18**

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_[signed]_         **1/31/18**
SIGNATURE OF DEBTOR(S)      DATE