United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  JAMES THOMAS MC COOE  : Case No.: 17-15738REF

:

James Thomas Mc Cooe  : CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY EPORT

I, _James Thomas McCooe_, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _march / 2018_ _April_.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _4/20/18_   _James McCooe_
                                                    Debtor

Date: _____   _____
                                                    Debtor

IN THE MATTER OF:        Case No. 17-15738-ref

James Thomas McCooe        PETITION FILED: 8-25-17

                          MONTHLY REPORT NO. 7

DEBTOR IN POSSESSION        MONTH ENDED 3/22 to 4/20 2018

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period,  3,675.57

2. Receipts during Report Period:

    a. Salary and Commissions        6,818.57

    b. Interest or Dividend Income    NONE

    c. Real Estate Rental             NONE

    d. Other (Describe-Schedule A)    NONE

       TOTAL RECEIPTS                 8,312.08

3. Disbursements:

    a. Taxes – IRS                    NONE

    b. Taxes-State, including any
       sales tax due                  NONE

    c. Taxes- Real Estate             NONE

    d. Taxes- Other                   NONE

    e. Utilities                      500.00

    f. Mortgage(s) or Rent(s)         2800.00

    g. Insurance premiums (list type) Auto 383.65 – Liability 90.28

    h. Food

    i. Medical

    j. Car loan

    k. Automobile expenses

CASE NO. 17-15738-ref          MONTH ENDING 4/20/2018

    l. Clothing __NA__

    m. Gifts – donations (Schedule B) __NA__

    n. Tuitions (Schedule B) __NA__

    o. Other (Describe) __NA__

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] __2182.06__

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? __YES__

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) __Wells Fargo__

    BRANCH __Easton__

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: __NA__

    BRANCH: __NA__

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 17-15738-ref              MONTH ENDING 4/20/2018

SCHEDULE C

Outstanding obligations: (List payee and date incurred)




I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_[signature]_                                                    4/20/2018
SIGNATURE OF DEBTOR(S)                                            DATE