United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    JAMES THOMAS MC COOE    : Case No.: 17-15738REF

:

James Thomas Mc Cooe    : CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY EPORT

I, _James Thomas McCooe_ being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _Aug & Sept. 2018_

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _9/24/2018_    _[signature]_
                                                                                     Debtor

Date:    _____
                                                                                     Debtor

IN THE MATTER OF:     Case No. 17-15738-ref

James Thomas McCooe     PETITION FILED: 8-25-17

     MONTHLY REPORT NO. 12

DEBTOR IN POSSESSION     MONTH ENDED 9/24/2018

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _6973.83_

2. Receipts during Report Period:

   a. Salary and Commissions _13,882.50_

   b. Interest or Dividend Income _NA_

   c. Real Estate Rental _NA_

   d. Other (Describe-Schedule A) _NA_

   TOTAL RECEIPTS _20,78864_

3. Disbursements:

   a. Taxes – IRS _NA_

   b. Taxes-State, including any sales tax due _NA_

   c. Taxes- Real Estate _NA_

   d. Taxes- Other _NA_

   e. Utilities _517.00_

   f. Mortgage(s) or Rent(s) _2800.00_

   g. Insurance premiums (list type) _Auto 285.00   Liability 90.00_

   h. Food _____

   i. Medical _NA_

   j. Car loan _____

   k. Automobile expenses _____

CASE NO. 17-15738-ref         MONTH ENDING 9/24/2018

    l. Clothing  NA

    m. Gifts – donations (Schedule B)  NA

    n. Tuitions (Schedule B)  NA

    o. Other (Describe)  NA

    TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]  107.69

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?  yes

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)  Wells Fargo

    BRANCH  Easton

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE:

    BRANCH:

SCHEDULE A

(2)(d)  Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 17-15738-ref            MONTH ENDING 9/24/2018

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_[signed] John McCoe_            9/24/18