United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    JAMES THOMAS MC COOE    : Case No.: 17-15738REF

:

James Thomas Mc Cooe    : CERTIFICATION OF BUSINESS DEBTOR
REGARDING MONTHLY EPORT

I, **James Thomas McCooe** being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **Sept & Oct 2018**

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: **10/22/18**                                        _/s/ James McCooe_
                                                                            Debtor

Date:                                                                _____
                                                                            Debtor

IN THE MATTER OF:           Case No. 17-15738-ref

James Thomas McCooe         PETITION FILED: 8-25-17

                            MONTHLY REPORT NO. 13

DEBTOR IN POSSESSION        MONTH ENDED 10/22/2018

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period)  10,769

2. Receipts during Report Period:

   a. Salary and Commissions                              8,582.62
   b. Interest or Dividend Income                         NA
   c. Real Estate Rental                                  NA
   d. Other (Describe-Schedule A)                         NA

      TOTAL RECEIPTS                                      8,625.76

3. Disbursements:

   a. Taxes – IRS                                         NA
   b. Taxes-State, including any sales tax due            NA
   c. Taxes- Real Estate                                  NA
   d. Taxes- Other                                        NA
   e. Utilities                                           495.00
   f. Mortgage(s) or Rent(s)                              2800
   g. Insurance premiums (list type)   Auto 285.00  Liability 90.00
   h. Food
   i. Medical                                             NA
   j. Car loan
   k. Automobile expenses

CASE NO. 17-15738-ref            MONTH ENDING 10/22/2018

    l. Clothing _NA_

    m. Gifts – donations (Schedule B) _NA_

    n. Tuitions (Schedule B) _NA_

    o. Other (Describe) _NA_

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3] _64.55_

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _YES_

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S) _WELLS Fargo_

    BRANCH _Eastern_

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):



Tuition(s) list name and school(s):

CASE NO. 17-15738-ref       MONTH ENDING 10/22/2018

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

James McCabe                                    10/22/18