United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     JAMES THOMAS MC COOE          : Case No.: 17-15738REF

                                          :

     James Thomas Mc Cooe                 : CERTIFICATION OF BUSINESS DEBTOR
                                            REGARDING MONTHLY EPORT

I, **James Thomas McCooe** being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of **Oct. + Nov 2018**.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

     This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: **11/23/2018**                                    _____
                                                                Debtor

Date: _____                                   _____
                                                                Debtor

IN THE MATTER OF:                          Case No. 17-15738-ref

James Thomas McCooe                        PETITION FILED: 8-25-17

                                           MONTHLY REPORT NO. 14

DEBTOR IN POSSESSION                       MONTH ENDED 11/23/2018

---

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER 13 MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) __64.55__

2. Receipts during Report Period:

   a. Salary and Commissions __9,550.00__

   b. Interest or Dividend Income __NA__

   c. Real Estate Rental __NA__

   d. Other (Describe-Schedule A) __NA__

   TOTAL RECEIPTS __9,428.17__

3. Disbursements:

   a. Taxes – IRS __NA__

   b. Taxes-State, including any sales tax due __N/A__

   c. Taxes- Real Estate __NA__

   d. Taxes- Other __NA__

   e. Utilities __467.00__

   f. Mortgage(s) or Rent(s) __2800.00__

   g. Insurance premiums (list type) __Auto 285.00 Liability 90.00__

   h. Food _____

   i. Medical __NA__

   j. Car loan _____

   k. Automobile expenses _____

CASE NO. 17-15738-ref             MONTH ENDING 11/23/2018

    l. Clothing _____ NA_____

    m. Gifts – donations (Schedule B) _____ NA_____

    n. Tuitions (Schedule B) _____ NA_____

    o. Other (Describe) _____ NA_____

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]   186.38

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date? _____ YES _____

Debtor in Possession Checking Account(s):

    NAME, LOCATION AND NUMBER(S)   Wells Fargo

    BRANCH   Eastern

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

    DESCRIBE: _____

    BRANCH: _____

SCHEDULE A

(2)(d) Other:


SCHEDULE B

Gifts – donations/Name(s) of recipient(s):


Tuition(s) list name and school(s):

CASE NO. 17-15738-ref          MONTH ENDING 11/23/2018

### SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

*James McCane*          11/23/18