# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      James Thomas McCooe     :     Chapter 13
                                                              :
                   Debtor.     :     Bankruptcy No.  17-15738 (REF)

## PRAECIPE TO WITHDRAW CLAIM # 5
## OF BETHLEHEM AREA SCHOOL DISTRICT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 5 of Bethlehem Area School District.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:    /s/ James R. Wood, Esquire
         James R. Wood, Esquire
         2700 Horizon Drive, Suite 100
         King of Prussia, PA 19406
         (484) 690-9341
         Attorney for Bethlehem Area School District

Dated:  February 19, 2019