STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    JAMES THOMAS MCCOOE<br>    AKA JAMES MCCOOE<br>    AKA JAMES T. MCCOOE<br>               DEBTOR<br><br>U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X<br>                MOVANT<br>V.<br><br>JAMES THOMAS MCCOOE, ET. AL,<br>                DEBTOR<br><br>LUANNE MCCOOE<br>        (NON-FILING CO-DEBTOR) | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-15738-REF<br><br>JUDGE: RICHARD E. FEHLING |

### ORDER APPROVING STIPULATION/CONSENT ORDER

      AND NOW, upon consideration of the Stipulation between Debtor and U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

**Date: March 4, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF