United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15738-ref
James Thomas McCooe                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 1          Date Rcvd: Mar 04, 2019
                            Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
db          +James Thomas McCooe,    3616 Magnolia Drive,    Easton, PA 18045-3021
cr          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr          +U.S. Bank National Association, as trustee of the,    Shellpoint Mortgage Servicing,
              P.O. Box 10826,    Greenville,, SC 29603-0826
cr           U.S. Bank National Association, as trustee of the,    P.O. Box 10826,
              Greenville, SC  29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:33:03      GE Capital Retail Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr          +E-mail/Text: bncmail@w-legal.com Mar 05 2019 02:31:10      SYNCHRONY BANK,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    U.S. Bank National Association, as trustee of
               the NRZ Pass-Through Trust X cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Bethlehem jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon Trust Company,
               National Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS L. LIGHTNER    on behalf of Debtor James Thomas McCooe tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JAMES THOMAS MCCOOE<br>    AKA JAMES MCCOOE<br>    AKA JAMES T. MCCOOE<br>            DEBTOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-15738-REF<br><br>JUDGE: RICHARD E. FEHLING |
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST X<br>            MOVANT<br>V.<br><br>JAMES THOMAS MCCOOE, ET. AL,<br>            DEBTOR<br><br>LUANNE MCCOOE<br>        (NON-FILING CO-DEBTOR) | |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: March 4, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF