United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15738-elf
James Thomas McCooe                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 2          Date Rcvd: Jun 14, 2019
                              Form ID: pdf900        Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
db         +James Thomas McCooe,    3616 Magnolia Drive,     Easton, PA 18045-3021
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr         +U.S. Bank National Association, as trustee of the,     Shellpoint Mortgage Servicing,
             P.O. Box 10826,    Greenville,, SC 29603-0826
cr          U.S. Bank National Association, as trustee of the,     P.O. Box 10826,
             Greenville, SC  29603-0826
14013380   +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13973118   +Commercial Acceptance Co.,    2300 Gettyburg Rd.,    Suite 102,    Camp Hill, PA 17011-7303
13973119    Credit One Visa,    Po Box 650500,    City of Industry, CA 91716-0500
13973121   +Lightner Law Offices,    4652 Hamilton Boulevard,    Allentown, PA 18103-6021
13973122   +Luanne McCooe,    3616 Magnolia Drive,    Easton, PA 18045-3021
13973124    Milestone Mastercard,    PO Box 84059,    Columbus, GA 31908-4059
14194284    NORTHAMPTON COUNTY TAX CLAIM BUREAU,     SOLICITORS OFFICE,    669 WASHINGTON STREET,
             EASTON, PA 18042-7482
13973125   +Patrick J. Wesner, Esquire,    Parker McCay, PA,    9000 Midlantic Drive, Suite 300,
             Mount Laurel, NJ 08054-1539
14026037   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
13978213   +THE BNYM TRUST Company N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13973126   +The Bank of NY Mellon Trust Company, NA,    c/o Specialized Loan Servicing,
             8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
13987015   +The Bank of New York Mellon Trust Company, NA,    c/o KML Law Group, P.C.,    701 Market Street,
             Suite 5000,    Philadelphia, PA 19106-1541
14027731   +Thomas L. Lightner, Esquire,    Lightner Law Offices, P.C.,    4652 Hamilton Blvd.,
             Allentown, PA 18103-6021
14013379   +Township of Bethlehem,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13973127   +Township of Bethlehem,    c/o Portnoff Law Associates, LTD.,    P.o. Box 391,
             Norristown, PA 19404-0391
14079824    U.S. Bank National Association,    Shellpoint Mortgage Servicing,    P.O. Box 10826,
             Greenville, SC 29603-0826
14088031   +U.S. Bank National Association,    c/o Stern & Eisenberg PC,    1581 Main Street, Suite 200,
             Warrington, PA 18976-3403
14063392   +United Check Cashing,    1814 Stefko Blvd., B Magnolia,    Bethlehem, PA 18017-6235
13973128    Verve/Continental Finance,    P.O. Box 31292,    Tampa, FL 33631-3292
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:27:42      GE Capital Retail Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14051399   +E-mail/Text: bncmail@w-legal.com Jun 15 2019 03:33:41      COMENITY CAPITAL BANK,
             C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
13973117   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2019 03:27:46      Capital One,
             P.O. Box 71083,    Charlotte, NC 28272-1083
13973120   +E-mail/Text: bankruptcy@flagshipcredit.com Jun 15 2019 03:33:45      Flagship,    PO Box 1419,
             Chadds Ford, PA 19317-0688
13994677   +E-mail/Text: bankruptcy@flagshipcredit.com Jun 15 2019 03:33:45      Flagship Credit Acceptance,
             P.O. Box 3807,    Coppell, TX 75019-5877
13973861   +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:28:38      GE Capital Retail Bank,
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13973123   +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 03:28:51      LVNV Funding, LLC,
             c/o Resurgent Capital Services,    P.O. Box 10497 MS 576,    Greenville, SC 29603-0497
14043294    E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2019 03:28:51
             LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14017065    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:47
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13977677    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:05
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
14202471   +E-mail/Text: bncmail@w-legal.com Jun 15 2019 03:33:41      SYNCHRONY BANK,
             c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13973129   +E-mail/Text: bnc-bluestem@quantum3group.com Jun 15 2019 03:34:49      Webbank/Fingerhut,
             215 Southstate St. Suite 1000,    Salt Lake City, UT 84111-2336
                                                                                              TOTAL: 13
```

```
District/off: 0313-4          User: SaraR             Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: pdf900         Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA 17128-0946
cr*          +SYNCHRONY BANK,   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
              Seattle, WA 98121-3132
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   U.S. Bank National Association, as trustee of
               the NRZ Pass-Through Trust X cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Bethlehem jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   The Bank of New York Mellon Trust Company,
               National Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Specialized Loan Servicing LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, National
               Association bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS L. LIGHTNER    on behalf of Debtor James Thomas McCooe tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       JAMES THOMAS McCODE,       :       Chapter 13
                                        :
             Debtor                     :       Bky. No. 17-15738 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **June 13, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**