UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JAMES THOMAS McCOOE,    :    Chapter 13
:
Debtor    :    Bky. No.  17-15738 ELF

# O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. The Applicant is **ALLOWED** compensation in the amount of **$ 3,650.00** and reimbursement of expenses in the amount of **$31.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the amounts allowed in Paragraph 2 above less **$ 2,000.00** which was paid by the Debtor prepetition .

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

Date: **July 23, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**