United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-15738-elf
James Thomas McCooe                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Virginia         Page 1 of 1         Date Rcvd: Jul 23, 2019
                       Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2019.
db             +James Thomas McCooe,    3616 Magnolia Drive,    Easton, PA 18045-3021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   U.S. Bank National Association, as trustee of the NRZ Pass-Through Trust X cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Bethlehem jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
      THOMAS L. LIGHTNER    on behalf of Debtor James Thomas McCooe tlightner@lightnerlaw.com, sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   JAMES THOMAS McCOOE,   :   Chapter 13
:
Debtor   :   Bky. No. 17-15738 ELF

# O R D E R

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application") and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. The Applicant is **ALLOWED** compensation in the amount of **$ 3,650.00** and reimbursement of expenses in the amount of **$31.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the amounts allowed in Paragraph 2 above less **$ 2,000.00** which was paid by the Debtor prepetition .

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with 11 U.S.C. §349(b)(3).

**Date: July 23, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**